IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM JERMAINE MULLEN,  )<br>  )<br>               Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>TRAVIS FIELDS, PORTLAND POLICE  )<br>BUREAU, and the CITY OF PORTLAND,  )<br>  )<br>              Defendants.  )<br>_____  ) | Civil Case No.  07-1222-ST<br><br>O R D E R |

    William Jermaine Mullen
    14307115
    777 Stanton Blvd
    Ontario, Oregon  97914

        Pro Se Plaintiff

    J. Scott Moede
    City Attorney's Office
    1221 S.W. Fourth Avenue, Room 430
    Portland , Oregon  97204

        Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on March 25, 2009. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#62).

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (#26) is granted. This action is dismissed with prejudice.

DATED this __20th__ day of April, 2009.

    /s/ Garr M. King
GARR M. KING
United States District Judge